Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 437-8665
Facsimile:   (310) 943-2085

Attorneys for Plaintiff,
Mavrix Photographs LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a California limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>THEBLEMISH.COM, entity form unknown; FREAKISHLY HUGE MEDIA, LLC, a California limited liability company; VICTOR CHANG, an individual; and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Mavrix Photographs LLC ("Mavrix" or "Plaintiff"), by and through its attorneys of record, complains against theblemish.com, Freakishly Huge Media, LLC, Victor Chang and DOES 1-10 (collectively "Defendants") as follows:

**JURISDICTION AND VENUE**

1. This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

**PARTIES**

3. Plaintiff Mavrix is a limited liability company existing under the laws of California, with its principal place of business in Los Angeles County, California

4. Plaintiff is informed and believes and, upon such, alleges that Defendant Freakishly Huge Media, LLC ("FHM") is a California limited liability company with its principal place of business in San Jose, California.

5. Plaintiff is informed and believes and, upon such, alleges that Defendant Victor Chang ("Chang") is an individual residing in San Jose, California.

6. Plaintiff is informed and believes and, upon such, alleges that Defendant theblemish.com is owned and operated by Defendant FHM, through its principal, Defendant Chang.

7. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the

Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

### *The Photos Forming the Subject Matter of This Dispute*

8. Mavrix Photo, Inc. (MPI) is a prominent celebrity photography agency that licenses its photographs on an exclusive and non-exclusive basis to a multitude of top-tier media outlets, including, the world's leading newspapers, television programs and magazines, like People or US Weekly.

9. MPI has assigned to Mavrix all rights (including the copyright) to six certain images of Joe Simpson, father of famed singer-actress Jessica Simpson, and a man who is a celebrity in his own right.

10. MPI filed for copyright registration of the six Joe Simpson photographs within 90 days of their authorship and first publication and said photographs were registered under registration number VA 1-913-278.

11. One of the six photographs shows Joe Simpson photographing male model Jonathan Keith on a beach (hereafter the "Photo").

### *The Defendants and the Marketplace*

12. On information and belief, Defendants operate the extremely popular website known as www.theblemish.com, a website focusing on celebrity content and photographs, which is ranked by Alexa (the internet ranking tool) as 24,668 out of many millions of websites in terms of US popularity and viewing.

13. Defendants have, on information and belief, violated federal law by infringing Mavrix copyrights to at least 1 photograph.

14. Specifically, in or around February 20, 2014, Defendants unlawfully reproduced, distributed and publicly displayed the Photo on their website without permission, consent, or license for their celebrity-centric story about how "Jonathan Keith

1  Is Joe Simpson's New 'Client'."  A true and correct copy of Defendant's webpage and
2  article is attached hereto as Exhibit A.
3     15.   Defendants' reproduction, distribution and public display of the Photo, and
4  derivatives thereof, continues unabated to this very day.
5     16.   Defendants herein have driven massive traffic to theblemish.com in large part
6  due to the presence of the sought-after and searched-for celebrity images and content that
7  frame this dispute.  All of this traffic translates into significant ill-gotten commercial
8  advantage and revenue generation for Defendants as a direct consequence of their
9  infringing actions.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501)

12     17.   Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1
13  through 16 above.
14     18.   Mavrix is the rightsholder to the copyrights of the Photos, which substantially
15  consist of material wholly original with Plaintiff and which constitute copyright subject
16  matter under the laws of the United States.  Mavrix has complied in all respects with the
17  Copyright Act and all of the laws of the United States governing copyrights.  The Photo has
18  been timely subject to a copyright registration application with the United States Copyright
19  Office.
20     19.   Defendants have directly, vicariously and/or contributorily and inducingly
21  infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by
22  reproducing, displaying, distributing and utilizing the Photos for purposes of trade in
23  violation of 17 U.S.C. § 501 *et seq.*
24     20.   Defendants have willfully infringed, and unless enjoined, will continue to
25  infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and
26  utilizing the Photos for purposes of trade.
27  / / /
28

21. On information and belief, Defendants' acts of infringement are willful because, inter alia, (1) the Defendants are sophisticated online publishers with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation; (2) Defendants know of "Mavrix" because MPI sued Defendants several years ago for copyright infringement and so Defendants know that "Mavrix"-denoted content is proprietary and protected; and (3) Defendants knew that the content at issue here belonged to Mavrix as the stolen image even references "Mavrix" as the copyright owner.

22. On information and belief, Defendants, despite such knowledge, willfully reproduced, publicly distributed and publicly displayed the Photo on theblemish.com, in part because the images Defendants posted, reproduced, and publicly displayed all even identify Mavrix as the copyright owner. *See* Exhibit A (specifically, copyright notice on photograph).

23. Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including by increasing the traffic to Defendants' website and, thus, increasing the advertising fees realized.

24. The actions of Defendants were and are continuing to be performed without the permission, license or consent of Mavrix.

25. The wrongful acts of Defendants have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Plaintiff seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.

26. As a result of the acts of Defendants alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits,

injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

27. Because of the willful nature of the copyright infringement, Plaintiff is entitled to an award of statutory damages of up to $150,000 per work infringed.

28. Plaintiff has identified at least 1 work infringed by Defendants, entailing 1 total unlawful infringements of Plaintiff's exclusive rights under the Copyright Act, which occurred by way of reproduction, public distribution and public display of the Photos on theblemish.com.

29. Alternatively, at its discretion, Mavrix is entitled to actual damages in an amount to be proven at trial for the infringement of all works at issue.

30. Plaintiff is also entitled to its attorney's fees in prosecuting this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the photographs at issue.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that

improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: January 6, 2016                    **ONE LLP**

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi, Esq.
Attorneys for Plaintiff,
Mavrix Photographs LLC

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photographs LLC hereby demands trial by jury of all issues so triable under the law.

Dated:  January 6, 2016                          **ONE LLP**

                                                                By:  /s/ Peter R. Afrasiabi
                                                                           Peter R. Afrasiabi, Esq.
                                                                           Attorneys for Plaintiff,
                                                                           Mavrix Photographs LLC